| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MICHAEL ANDREW WORTHAM, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　　§　　CIVIL ACTION NO. 9:25-CV-2
　　　　　　　　　　　　　　　　§
LAYNE THOMPSON, §
　　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Andrew Wortham, a prisoner confined at the Angelina County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Layne Thompson. Plaintiff sought leave to proceed *in forma pauperis*.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On February 3, 2025, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(e). Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#3) is **ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

**Signed this date**
**Mar 3, 2025**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE